# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAWSON,<br><br>          Plaintiff,<br><br>     v.<br><br>BMW OF NORTH AMERICA LLC, et al.,<br><br>          Defendants. | Case No. 21-cv-02063-BLF<br><br>**ORDER TO SHOW CAUSE** |

Today, the Court denied Plaintiff's motion to remand. *See* ECF No. 23. In Defendant BMWNA's removal papers, BMWNA indicates that at the time of removal co-defendant Stevens Creek BMW had not been served. *See* ECF No. 1 ¶ 2. In its motion to remand, Plaintiff indicates that Stevens Creek BMW was served on March 26, 2021, two days after the notice of removal was filed. *See* ECF No. 11-1 ¶ 3. No proof of service has been filed with the Court, however, and Stevens Creek BMW has not appeared.

For those reasons, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than October 28, 2021**, why Defendant Stevens Creek BMW should not be dismissed from this action. Filing a proof of service on Stevens Creek BMW will discharge this order to show cause. Failure to timely respond to this order will result in dismissal of Stevens Creek BMW from this action without further notice. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: October 14, 2021

_____
BETH LABSON FREEMAN
United States District Judge