UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAWSON,<br><br>   Plaintiff,<br><br> v.<br><br>BMW OF NORTH AMERICA LLC, et al.,<br><br>   Defendants. | Case No.  21-cv-02063-BLF<br><br>**ORDER DISMISSING DEFENDANT CARMAX AUTO SUPERSTORES, INC. WITH PREJUDICE** |

On August 9, 2023, the Court issued an order ("Dismissal Order") granting Defendant CarMax Auto Superstores, Inc.'s motion to dismiss Plaintiff Michael Lawson's first amended complaint ("FAC").  *See* Dismissal Order, ECF 51.  The Court determined that the only claim asserted against CarMax, brought under the Magnuson-Moss Warranty Act ("MMWA"), was not viable absent a companion state law warranty claim.  *See id.* at 3.  The Court granted Lawson leave to amend his pleading to add a state law warranty claim, but advised Lawson to "carefully consider whether he can bring a breach of warranty claim against CarMax in light of the statutory notice requirement." *Id*. at 5.  The deadline for amendment was September 8, 2023, and Lawson has not filed an amended pleading.

Accordingly, Defendant CarMax Auto Superstores, Inc. is HEREBY DISMISSED from this action WITH PREJUDICE for the reasons stated in the Dismissal Order.

IT IS SO ORDERED.

Dated:  September 13, 2023

                _____
                BETH LABSON FREEMAN
                United States District Judge