UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL LAWSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BMW OF NORTH AMERICA LLC, et al.,<br><br>　　　　　Defendants. | Case No.  21-cv-02063-BLF<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT SONIC – STEVENS CREEK B, INC. SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Defendant Sonic – Stevens Creek B, Inc. ("Sonic – Stevens Creek") was served with process on March 26, 2021.  *See* POS, ECF 25.  Sonic – Stevens Creek did not respond.  More than two years has elapsed and based on the docket it appears that Plaintiff has neither sought entry of default against Sonic – Stevens Creek nor taken any other action to prosecute this action against Sonic – Stevens Creek.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and by September 27, 2023, why Defendant Sonic – Stevens Creek should not be dismissed from this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  September 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
BETH LABSON FREEMAN
United States District Judge